_____

**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT MISSISSIPPI

**IN RE: MATTHEW SCOTT DIXON**                    **CHAPTER 13**

**DEBTOR**                                         **CASE NO. 19-13447-JDW**

## ORDER GRANTING MOTION TO MODIFY [DKT. # 30]

This matter came before the Court upon the Motion of the Debtor, Matthew Scott Dixon, requesting the issuance of an order directing modification of Chapter 13 Plan after confirmation and no responses having been filed by the deadlines set by the Court, the Motion is due to be granted.

**IT IS, THEREFORE, ORDERED**, that Debtor's Confirmed Chapter 13 Plan (Dkt. #24) is modified to surrender the collateral, and the claims of Alabama Housing Authority/Servisolutions shall be removed from Section 3.1(a), and the trustee is ordered to cease payments to said Creditor in regards to Claim #12-1 and Claim #13-1. The distribution to general unsecured creditors remains the same.

#ENDOFORDER#

**SUBMITTED BY:**
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /karen.schneller@gmail.com
rlomenick@gmail.com
ATTORNEY FOR DEBTOR